# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Carlos Enriquez                                           Docket No. 7:00-CR-85-2F

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, probation officer of the court, on behalf of Monica E. Abrego, probation officer for the Southern District of Texas, presenting a petition for modification of the Judgment and Commitment Order of Carlos Enriquez, who, upon an earlier plea of guilty to 21 U.S.C. §§ 846 and 841(a)(1) and 18 U.S.C. § 2: Conspiracy to Possess With Intent to Distribute at Least 100 Kilograms of Marijuana, Possession With Intent to Distribute at Least 100 Kilograms of Marijuana, and Aiding and Abetting, was sentenced by the Honorable James C. Fox, U.S. District Judge, on December 20, 2000, to the custody of the Bureau of Prisons for a term of 135 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. Upon completion of the term of imprisonment, the defendant is to be surrendered to a duly-authorized immigration official for deportation in accordance with established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. § 1101. As a further condition of supervised release, if ordered deported, the defendant shall remain outside the United States.

3. The defendant shall pay a fine of $7,400.00 in full immediately.

4. The defendant shall pay a special assessment of $200 in full immediately.

Carlos Enriquez was released from custody on March 1, 2010, at which time the term of supervised release commenced in the Southern District of Texas.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Carlos Enriquez
Docket No. 7:00-CR-85-2F
Petition For Action
Page 2

A financial investigation has revealed the defendant only earns an average of $500 per month as a carpenter, and does not have any assets. Therefore, the Southern District of Texas has recommended that the defendant pay at least $25 per month toward remaining fine balance of $6,641.50. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain<br>Michael C. Brittain<br>Senior U.S. Probation Officer | /s/Timothy L. Gupton<br>Timothy L. Gupton<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27610<br>Phone: (919) 861-8686<br>Executed On: April 8, 2011 |

## ORDER OF COURT

Considered and ordered this 11th day of April, 2011, and ordered filed and made a part of the records in the above case.

/s/ James C. Fox
James C. Fox
Senior U.S. District Judge